UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-868 ADM/AJB

UNITED STATES OF AMERICA,

Plaintiff,

v.

FREDDIE PERTEET,

Defendant.

**AMENDED ORDER FOR JUDGMENT**

At the time judgment was entered in this action, a clerical error in adding the amounts of principal, interest and costs was made. Pursuant to Rule 60, Fed. R. Civ. P.,

IT IS ORDERED THAT default judgment in the principal sum of $2,383.90, plus interest to November 23, 1999, in the amount of $2,015.63, plus additional prejudgment interest from November 23, 1999, at the rate of 9.13 percent per annum, costs in the amount of $42.82, marshal services costs in the amount of $43.25 and pursuant to 28 U.S.C. § 2412 costs in the amount of $150.00, together with postjudgment interest, costs and disbursements as allowed by law, be entered against defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 22, 2001

United States District Court

FILED MAY 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________