ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-868 ADM/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDDIE PERTEET,<br><br>Defendant,<br><br>GOODYEAR TIRE AND RUBBER, COMPANY<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about June 22, 2001.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about June 28, 2001. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, did not have in its possession and under its control, personal property belonging to and due the defendant, in the form of earnings.

In their Answer filed with the court on or about June 28, 2001, the garnishee states that the defendant, Freddie Perteet, was terminated on June 6, 2001.

FILED AUG 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on June 28, 2001 is hereby released.

Dated: 8/21/01

Magistrate Judge
United States District Court